# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARMSTRONG MARINE, INC., <br><br> Plaintiff, <br> vs. <br><br> M/V ARCTIC SOLUTION, o/n 1235128, *In Rem, et al.,* <br><br> Defendants. | Case No. 3:11-cv-00222-JWS-JDR <br><br> **ORDER GRANTING MOTION FOR ORDER HOLDING PROCESS IN ABEYANCE** <br><br> (Docket No. 5) |

The Plaintiff, Armstrong Marine, Inc., by and through counsel filed a *Motion for Order Holding Process in Abeyance* at Docket 5 and an accompanying Memorandum at Docket 6. No response or opposition was filed. The Court has reviewed the Motion and Memorandum.

The Court hereby finds that Plaintiff, having filed a verified Complaint in this Court against the defendant vessel M/V ARCTIC SOLUTION, official number 1235128, upon an admiralty and maritime claim for enforcement of a necessaries lien, praying for an *in rem* warrant of arrest of said vessel and her appurtenances, and the court having reviewed the said verified Complaint and the motion for order holding process in abeyance and the court finding that Plaintiff has shown by a preponderance of the evidence the probably validity of its maritime lien against the vessel,

IT IS HEREBY ORDERED:

That the Clerk of Court is authorized (upon filing of the appropriate motions) to issue an *in rem* warrant for said vessel, and the issuance of said process shall be held in abeyance under Supplemental Rule E(3)(b) and Local Admiralty Rule (e)-5(a) until the party seeking issuance of process files a written request. The 120-day period of Federal Rule of Civil Procedure Rule 4(m) will not begin to run until the process is actually issued by the Clerk of Court.

DATED this   5th   day of December, 2011, at Anchorage, Alaska.

      /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge